JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DAVID LIBMAN,<br><br>    Petitioner,<br><br>vs.<br><br>LINDA SANDERS, Warden,<br><br>    Respondent. | Case No.  CV 09-6007-GHK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     5/20/10

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE